UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

## ORDER TO DISBURSE CASH BOND

United States District Court
Southern District of Texas
FILED
MAY 20 2014
David J. Bradley, Clerk

| Criminal Action Number | Termination Date | Division |
|---|---|---|
| DTXS710CR000847-031 | 2/24/2014 | McAllen |

**Depositor's Names & Address**

**ELIDA ORDAZ**

Bond is remitted to the person or business at the address on the affidavit of ownership previously submitted to the clerk.

| | DTXS710CR000847-031 |
|---|---|
| **Amount Deposited** | **Defendant's Name** |
| $ 5,000 | **ARNOLDO ORDAZ** |

This cash deposit having been made to secure the defendant's bond and the case having been terminated, the Clerk is ordered to issue a registry check in the full amount of the deposit payable to the order of the person who deposited the money.

Signed on _20_ day of _May_, 2014.

_____
Randy Crane
United States District Judge

*Approved.*

United States District Clerk

By: _A. Garcia_          By: _S. Henry_
Alma Garcia                Sally Henry
Criminal Deputy Clerk      Financial Deputy Clerk

No objection.
United States Attorney

By: _Patricia Cook Profit_
Assistant U.S. Attorney

Date: _4-10-14_